AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| CODE-TO-LEARN FOUNDATION D/B/A SCRATCH FOUNDATION<br>*Plaintiff*<br>v.<br>SCRATCH.ORG, an Internet domain name<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   1:19-cv-00067-LO-MSN |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SCRATCH.ORG, an Internet domain name                                                                 .

Date:   08/02/2019

/s/ David Ludwig
*Attorney's signature*

David Ludwig (VSB No. 73157)
*Printed name and bar number*

Dunlap Bennett & Ludwig PLLC
211 Church Street, SE
Leesburg, VA 20175
*Address*

dludwig@dbllawyers.com
*E-mail address*

(703) 777-7319
*Telephone number*

(703) 777-3656
*FAX number*