UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CODE-TO-LEARN FOUNDATION D/B/A SCRATCH FOUNDATION<br><br>    Plaintiff<br>        vs.<br><br>SCRATCH.ORG, an Internet domain name.<br><br>    Defendant. | Case No. 1:19-cv-00067-LO-MSN |

**CONSENT MOTION TO WITHDRAW AS COUNSEL**

Come now, Jay M. McDannell and BerlikLaw LLC (collectively "BerlikLaw"), undersigned counsel in the above captioned case and respectfully ask this Court to grant this Consent Motion to Withdraw as Counsel for Defendant Scratch.org pursuant to Local Rule 83.1(G). In support of this motion, BerlikLaw notes that David Ludwig entered his appearance on behalf of the Defendant on August 2, 2019. The Defendant and counsel for Plaintiff have consented to the withdraw of BerlikLaw in this matter. A proposed order is attached to this motion and oral argument is waived pursuant to Local Rule 7.

Dated: August 6, 2019                      Respectfully submitted,

                                                                        /s/      Jay M. McDannell
                                           Lee E. Berlik (VSB #39609)
                                           Jay M. McDannell, Of Counsel (VSB #45630)
                                           BERLIKLAW, LLC
                                           1818 Library Street, Suite 500
                                           Reston, Virginia 20190
                                           Tel: (703) 722-0588
                                           LBerlik@berliklaw.com
                                           JMcDannell@berliklaw.com
                                           *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that today, August 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of such filing (NEF) to the following:

>Attison L. Barnes, III (VSB #30458)
>David E. Weslow
>Adrienne J. Kosak (VSB #78631)
>Wiley Rein LLP
>1776 K St. NW
>Washington, DC 20006
>abarnes@wileyrein.com
>*Counsel for Plaintiff*
>
>David Ludwig (VSB #73157)
>Dunlap Bennett & Ludwig
>211 Church Street, SE
>Leesburg, VA 20175
>dludwig@dblalawyers.com
>*Counsel for Defendant*
>
>    /s/ Jay M. McDannell