## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| CODE-TO-LEARN FOUNDATION D/B/A SCRATCH FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>SCRATCH.ORG, an Internet domain name,<br><br>    Defendant. | Civil Action No. 1:19-cv-67-LO-MSN |

### STIPULATED MOTION FOR ENTRY OF A PROTECTIVE ORDER

Plaintiff Code-to-Learn Foundation d/b/a Scratch Foundation and Defendant SCRATCH.ORG, through undersigned counsel, hereby jointly move the Court or entry of the attached protective order in the above-captioned case.  The parties hereby respectfully request the Court approve and enter the same.

Respectfully submitted this the 17th day of September 2019.

| | |
|---|---|
| WILEY REIN LLP | DUNLAP BENNETT & LUDWIG PLLC |
| By: /s/ Attison L. Barnes, III /s/ | By: /s/ David Ludwig /s/ |
|     Attison L. Barnes, III (VA Bar No. 30458) |     David Ludwig (VA Bar No. 73157) |
|     David E. Weslow (*Pro Hac Vice*) |     211 Church Street SE |
|     Adrienne J. Kosak (VA Bar No. 78631) |     Leesburg Virginia 20175 |
|     Ari Meltzer (*Pro Hac Vice*) |     (703) 777-7319 (phone) |
|     1776 K St. NW |     (703) 777-3656 (fax) |
|     Washington, DC 20006 |     dludwig@dbllawyers.com |
|     (202) 719-7000 (phone) | |
|     (202) 719-7049 (fax) | |
|     abarnes@wileyrein.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Code-to-Learn Foundation d/b/a* | *SCRATCH.ORG* |
| *Scratch Foundation* | |

## **CERTIFICATE OF SERVICE**

I, Attison L. Barnes, III, hereby certify that on September 17, 2019, I filed the foregoing using the Court's CM/ECF system, which will cause a copy to be served on all counsel of record.

/s/ Attison L. Barnes, III /s/
Attison L. Barnes, III, Esq.
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wileyrein.com

*Counsel for Plaintiff*
*Code-to-Learn Foundation d/b/a*
*Scratch Foundation*