**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| CODE-TO-LEARN FOUNDATION D/B/A SCRATCH FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>SCRATCH.ORG, an Internet domain name,<br><br>    Defendant. | Civil Action No. 1:19-cv-67-LO-MSN |

**PLAINTIFF'S SECOND MOTION TO COMPEL AND MOTION TO
DE-DESIGNATE DISCOVERY MATERIAL**

Plaintiff Code-To-Learn Foundation d/b/a Scratch Foundation ("Plaintiff"), by counsel, moves for an order compelling Defendant to re-produce a full and complete list of domain names currently or previously owned by the owner of the Scratch.org domain name without a "Confidential" or "Outside Counsel's Eyes Only" designation. In support of this motion, Plaintiff relies on the memorandum and exhibits filed concurrently herewith.

Dated: September 20, 2019      By:    /s/ Attison L. Barnes, III /s/
                                                          Attison L. Barnes, III (VA Bar No. 30458)
                                                          David E. Weslow (*pro hac vice*)
                                                          Adrienne J. Kosak (VA Bar No. 78631)
                                                          WILEY REIN LLP
                                                           1776 K St. NW
                                                           Washington, DC 20006
                                                           (202) 719-7000 (phone)
                                                           (202) 719-7049 (fax)
                                                           abarnes@wileyrein.com

                                                           *Counsel for Plaintiff Code-To-Learn Foundation
                                                           d/b/a Scratch Foundation*

## **CERTIFICATE OF SERVICE**

I, Attison L. Barnes, III, hereby certify that on September 20, 2019, I electronically served the foregoing on all counsel of record via the Court's CM/ECF system.

    /s/ Attison L. Barnes, III /s/
Attison L. Barnes, III
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wileyrein.com

*Counsel for Plaintiff Code-To-Learn Foundation d/b/a Scratch Foundation*