**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| CODE-TO-LEARN FOUNDATION D/B/A SCRATCH FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>SCRATCH.ORG, an Internet domain name,<br><br>    Defendant. | Civil Action No. 1:19-cv-00067 |

**STIPULATION OF DISMISSAL**

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and the parties' agreement to dismiss this matter based on a settlement, Plaintiff Code-To-Learn Foundation d/b/a Scratch Foundation and Defendant Scratch.org, by and through undersigned counsel, hereby stipulate that all claims brought in this Action are dismissed with prejudice. The parties further stipulate that each party shall bear its own costs, expenses and attorneys' fees.

Case 1:19-cv-00067-LO-MSN   Document 69   Filed 10/17/19   Page 2 of 3 PageID# 814


**SO STIPULATED:**

Dated: October 17, 2019

| WILEY REIN LLP | DUNLAP BENNETT & LUDWIG PLLC |
|---|---|
| /s/ Attison L. Barnes, III /s/ | /s/ David Ludwig /s/ |
| Attison L. Barnes, III (VA Bar No. 30458) | David Ludwig (VSB No. 73157) |
| David E. Weslow (pro hac vice) | DUNLAP BENNETT & LUDWIG PLLC |
| Ari S. Meltzer (pro hac vice) | 211 Church Street SE |
| Adrienne J. Kosak (VA Bar No. 78631) | Leesburg, Va. 20175 |
| WILEY REIN LLP | (703) 777-7319 |
| 1776 K St. NW | dludwig@dbllawyers.com |
| Washington, DC 20006 | |
| (202) 719-7000 | *Counsel for Defendant* |
| abarnes@wileyrein.com | *Scratch.org* |

*Counsel for Plaintiff*
*Code-To-Learn Foundation*
*d/b/a Scratch Foundation*

**SO ORDERED:**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2019, a true and correct copy of the foregoing STIPULATION OF DISMISSAL was filed with the Clerk of Court using the CM/ECF system, which will send a Notification of Electronic Filing (NEF) to all counsel of record.

    /s/ Attison L. Barnes, III /s/
Attison L. Barnes, III (VA Bar No. 30458)
David E. Weslow (*pro hac vice*)
Ari S. Meltzer (pro hac vice)
Adrienne J. Kosak (VA Bar No. 78631)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Tel.: (202) 719-7000
Fax: (202) 719-7049

*Attorneys for Plaintiff Code-To-Learn Foundation d/b/a Scratch Foundation*