AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Virginia__ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:19-cv-00067 | DATE FILED<br>1/17/2019 | U.S. DISTRICT COURT<br>Eastern District of Virginia | |
|---|---|---|---|
| PLAINTIFF<br>Code-To-Learn Foundation D/B/A Scratch Foundation | | DEFENDANT<br>Scratch.Org, an Internet domain name | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  5,053,133 | 5/15/2007 | Scratch | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Case Dismissed with Prejudice

| CLERK<br>Fernando Galindo | (BY) DEPUTY CLERK<br>/s/ Richard Banke | DATE<br>10-22-19 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

# United States of America
## United States Patent and Trademark Office

# Scratch

**Reg. No. 5,053,133**
**Registered Oct. 04, 2016**
**Int. Cl.: 9, 42**
**Service Mark**
**Trademark**
**Principal Register**

Massachusetts Institute of Technology (MASSACHUSETTS CORPORATION)
77 Massachusetts Avenue
Cambridge, MA 02139

CLASS 9: Children's educational software

FIRST USE 5-15-2007; IN COMMERCE 5-15-2007

CLASS 42: Providing online non-downloadable educational children's software and computer services, namely, an online community where registered members ages 8 and up can create and share interactive projects, participate in discussions, get feedback from peers, collect projects in studio, remix one another's projects, and engage in social-networking activities

FIRST USE 5-15-2007; IN COMMERCE 5-15-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-842,460, FILED 12-08-2015
ROBERT J STRUCK, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*ATTENTION MADRID PROTOCOL REGISTRANTS: The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h ttp://www.uspto.gov.

NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

Help (/community/help/)                                                                                                          Close

# Whois Lookup

Find the public Whois information for a domain.

NOTE: The Whois database allows anyone to look up the name, email address, phone number, and address of any domain owner. This is a requirement from ICANN, the regulatory body responsible for managing the domain name system.

If you don't want your information to be publicly available, you may be able to replace your personal information using Dynadot's domain privacy service (/domain/whois.html). This is a free service that is available for most domain extensions.

*Whois information is not real-time, so recent changes may not show up here.*

www.    scratch.org                           | Lookup |

Domain Name: SCRATCH.ORG
Registry Domain ID: D4189282-LROR
Registrar WHOIS Server: whois.dynadot.com
Registrar URL: http://www.dynadot.com
Updated Date: 2017-06-24T07:01:28Z
Creation Date: 1998-10-31T05:00:00Z
Registry Expiry Date: 2020-10-30T05:00:00Z
Registrar Registration Expiration Date:
Registrar: Dynadot, LLC
Registrar IANA ID: 472
Registrar Abuse Contact Email: abuse@dynadot.com
Registrar Abuse Contact Phone: +1.6502620100
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization:
Registrant State/Province: CA
Registrant Country: US
Name Server: NS1.DYNADOT.COM
Name Server: NS2.DYNADOT.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form https://www.icann.org/wicf/)
>>> Last update of WHOIS database: 2018-12-14T17:48:05Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Help (/community/help/)    Close

Access to Public Interest Registry WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Public Interest Registry registry database. The data in this record is provided by Public Interest Registry for informational purposes only, and Public Interest Registry does not guarantee its accuracy. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Public Interest Registry reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

The Registrar of Record identified in this output may have an RDDS service that can be queried for additional information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.

==================================================

v.domainiq.com/domain?scratch.org


comprehensive domain intelligence

verview   Portfolio   Whois   Whois History   Related Domains

sic Report for scratch.org

verview

Website Snapshot

cratch.org is currently associated with Private, PRIVACY@DYNADOT.COM. It is registered at Dynadot.

This domain registrant's email address is hidden by a domain privacy service. As a result, we aren't able to identify other domains associated by email. Click here for options on how to discover the domain owner's name and email.

he domain is hosted on 67.192.135.197, located in United States – Texas – San Antonio, which hosts 18,058 total sites.



 Edit    Contact Owner    Ownership Record    Tools    Help

omain Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Status: | Registered - Server Error | | Website Pages: | 1 | Whois Record Information | |
| Appraised Value: | $880 ← | | Monthly Visits: | 192 | Registrar: | Dynadot |
| Alexa Rank: | 1,874,059 | | Aliases Used: | 0 | Creation Date: | October 31, 1998 |
| Flags: | None | | Backlinks: | 2 | Expires: | October 30, 2020 |
| | | | | | Nameservers: | NS1.DYNADOT.COM |
| | | | | | | NS2.DYNADOT.COM |
| | | | | | Mail Servers: | 2.RACK-HOST.NET |
| | | | | | | 208.66.194.178 |

erver Location

